FILED

2012 JAN 26  AM 11: 47

CLERK DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

February 2011 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. 12R **CR 12 00086** |
| Plaintiff, | I N D I C T M E N T |
| v. | [29 U.S.C. § 501(c): Embezzlement of Labor Union Funds] |
| JOSEPH BARNES, | |
| Defendant. | |

The Grand Jury charges:

COUNTS ONE through FOUR

[29 U.S.C. § 501(c)]

On or about the following dates, in Los Angeles County, within the Central District of California, and elsewhere, defendant JOSEPH BARNES, while employed, directly and indirectly, by a labor organization involved in interstate commerce, namely, the Coalition of Kaiser Permanente Unions, embezzled, stole, and unlawfully and willfully abstracted and converted to his own use, and the use of others, moneys, funds, property, and other assets of the Coalition of Kaiser Permanente Unions in the approximate

amounts set forth below:

| COUNT | DATE | EMBEZZLEMENT |
|-------|------|--------------|
| ONE | 7/12/2008 | $280.60 for payment of bill for a Saturday night dinner for three people at Café del Rey in Marina del Rey, California |
| TWO | 8/1/2008 | $750.00 for payment of activation fee for an iPhone purchased for personal use, including use by G.S. |
| THREE | 8/4/2008 | $2,694.87 for purchase of plane ticket from Los Angeles, California, to Prague, Czech Republic, plus ticketing service charge, for use by G.S. |
| FOUR | 8/9/2008 | $654.90 for payment of charges for rental car rented in New York, New York, while on non-business travel |

A TRUE BILL

/S/
_____
Foreperson

ANDRÉ BIROTTE JR.
United States Attorney

Dorothy C. Kim
Dep. Chief, Crim. Div. for:
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division

CURTIS A. KIN
Assistant United States Attorney
Chief, General Crimes Section

RUTH C. PINKEL
Assistant United States Attorney
Deputy Chief, General Crimes Section

CATHY J. OSTILLER
Assistant United States Attorney
General Crimes Section